# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2364

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Fernando Nambo-Barajas, | * | |
| | * | |
| Appellant. | * | CR 02-195 ADM/RLE |

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

November 9, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JAN 11 2005
U.S. DISTRICT COURT ST. PAUL